

**WEINSTEIN LAW FIRM, LLC**

Employment and Civil Rights Law

September 28, 2022

<u>**Via ECF**</u>

The Honorable C. Darnell Jones, II
United States District Judge
United States District Court
for the Eastern District of Pennsylvania
Philadelphia, PA 19106

      **Re:** **Cope *et al.* v. Hudson Bay Co. Severance Pay Plan for U.S. Employees *et al.*; Civ. A. No. 20-6490**

Dear Judge Jones:

    I am Plaintiffs' counsel in this putative ERISA class action. Vincent J. Pentima is my co-counsel.

    The Complaint was filed on December 28, 2020. Defendants filed a motion to dismiss which was then fully briefed as of June 9, 2021. <u>See</u> ECF No. 10.

    Pursuant to Your Honor's Policies and Procedures, ¶ D, Plaintiffs respectfully request oral argument on the pending motion.

                      Respectfully submitted,

                      **WEINSTEIN LAW FIRM, LLC**

            By: _____
                  Marc E. Weinstein, Esquire

cc:    Defense Counsel (via ECF)

500 Office Center Drive    267.513.1942
Suite 400    www.meweinsteinlaw.com
Fort Washington, PA 19034    marc@meweinsteinlaw.com