IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE COPE, individually,** on behalf of herself and on behalf of all other similarly situated *Plaintiff*, v. **HUDSON'S BAY COMPANY SEVERANCE PAY PLAN FOR EMPLOYEES AMENDED AND RESTATED AS HBC US HOLDINGS LLC SEVERANCE PAY PLAN FOR US EMPLOYEES, et al.,** *Defendants*. | : : : : : : : : : : : : : : : | **CIVIL ACTION** **NO. 20-6490** |

## ORDER

**AND NOW**, this **12th** day of **January 2023**, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiff's Response (ECF No. 8), Defendants' Reply (ECF No. 11), and the Oral Argument on the Motion to Dismiss (ECF No. 15), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss is **GRANTED** and the case is dismissed with prejudice against these Defendants.

The Clerk of Court is hereby **ORDERED** to close the case.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**